UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS SHOCKLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03CV1390 RWS |
| ) | |
| DOUG DINATALE, et al., ) | |
| ) | |
| Defendants, ) | |

## ORDER

**IT IS HEREBY ORDERED** that Writ of Habeas Corpus Ad Testificandum be issued on Charles Robert Eoff, Jr., Inmate No. 170026, currently confined in the Potosi Correctional Center in Mineral Point, MO. The inmate is to be present in the courtroom of the Honorable Rodney W. Sippel (Courtroom 10 South, 10th Floor) on Monday, September 12, 2005 at 9:00 a.m., or any time thereafter as needed by the Court, for trial in this matter.

Dated this 25th Day of August, 2005.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE