UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS SHOCKLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:03CV1390 RWS |
| | ) | |
| DOUG DINATALE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Writ of Habeas Corpus Ad Testificandum be issued on

Steven Siebert, Inmate No. 253724, currently confined in the Northeast Correctional Center in

Bowling Green, MO. The inmate is to be present in the courtroom of the Honorable Rodney W.

Sippel (Courtroom 10 South, 10th Floor) on Monday, September 12, 2005 at 9:00 a.m., or any time

thereafter as needed by the Court, for trial in this matter.

Dated this _____25th_____ Day of _____August_____, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE